IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRADLEY MILLER, | No. C 14-4796 WHA (PR) |
| Plaintiff, | **ORDER OF TRANSFER** |
| vs. | |
| CLIFF ALLENBY; AUDREY KING; TOM VOSS; PAM AHLIN; STEPHEN MAYBERG, | (Dkt. 2, 8) |
| Defendant. | |

Plaintiff, a civil detainee at the Coalinga State Hospital ("Coalinga"), filed this civil rights case under 42 U.S.C. 1983 complaining about the conditions of his confinement and his assessments under the Sexually Violent Predator Act at Coalinga. Defendants are officials of Coalinga and of the California Department of Corrections and Rehabilitation in Sacramento Both Coalinga and Sacramento lie within the venue of the United States District Court for the Eastern District of California. Venue for this case is therefore proper in the Eastern District. *See* 28 U.S.C. 1391. Accordingly, and in the interests of justice, this case is **TRANSFERRED** to the United States District Court for the Eastern District of California. *See* 28 U.S.C. 1404(a), 1406(a). In light of this transfer, the pending motions (dkt. 2 & 8) are deferred to the Eastern District.

The clerk shall transfer this matter forthwith.

**IT IS SO ORDERED.**

Dated: December 17, 2014.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE